IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 16-cr-88 |
| BALDEV TAL | : |

## ORDER

AND NOW this 27th day of August, 2020, pursuant to the *Defendant's Amedned Emergency Motion for Permission to Travel*, it is hereby **ORDERED** as follows:

1. Baldev Tal shall be permitted to submit an application for a new United States passport only for purposes of emergency travel to India for his mother's funeral.

2. Mr. Tal shall be permitted to travel from August 30, 2020 to September 20, 2020 to Phagwara, India.

3. Upon Mr. Tal's return, he shall contact his Probation Officer and surrender his passport until he successfully completes his term of supervised release.

4. Mr. Tal may not use his Passport to travel to any other destination outside the United States.

SO ORDERED:

HONORABLE VINCENT L. BRICCETTI
U.S. DISTRICT COURT JUDGE

8/27/20