IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 16-cr-88 |
| BALDEV TAL | : |

### DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

**BALDEV TAL**, pro se, moves that this Honorable Court for permission to travel and in support of this Motion it is averred that:

1. On September 15, 2016, I was sentenced to 48 months imprisonment on Count 1, five years supervised release, and restitution for violations of attempt and conspiracy to commit mail fraud.

2. I have been on supervised release since March 2019, and the term will be complete March 2024. As part of his conditions, I am restricted to travel within the United States.

3. I seek permission of this Honorable Court to travel to Phagwara, India to attend a wedding of my brother in law, and I was unable to travel last year when this Honorable Court granted permission for my mother's funeral because of visa delays. I have not been to India since 2014 and my wife and kids want me to go with them to the wedding.

4. I, request that my passport be released as soon as possible which is in probation office possession, so I can have sufficient time to renew my visa from Indian Embassy.

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 10/8/21
White Plains, NY

Defendant shall provide detailed itinerary to his Probation Officer by 10/18/21.

5. I will be staying at the family home of Mohalla Dharamot on Hoshiarpur Road, House #1, in Phagwara, India. My wife, sister in law, and children are traveling to India with me.

6. Since being placed on supervised release, I have had no violations and am in compliance with his restitution payments.

7. Probation Officer Ashley Maga has no objection to this request.

8. I respectfully requests that I oe permitted to travel to India from October 25, 2021 to November 25, 2021.

WHEREFORE, I respectfully requests that this Honorable Court grant permission to travel as set-forth in this motion.

RESPECTFULLY SUBMITTED:

Baldev Tal
Pro se, Defendant



RECEIVED
OCT 07 2021
U.S.D.C.
W.P.

